ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG - 9 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. |
| EVERETT JEROME TRIPODIS, | : | |
| a.k.a. Edward Bourley | : | |
| a.k.a Melvin Dudley | : | **1:05-CR-381** |
| ANGELA RONAE STANTON | : | |
| a.k.a. Regina Bunch | : | |
| a.k.a. Danielle Cato | : | |
| SHEREE NICOLE STRICKLAND | : | |
| a.k.a. Nicole Thompson | : | |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

From a date unknown to the Grand Jury, but sometime after on or about August 22, 2003, and not later than on or about December 23, 2003, within the Northern District of Georgia, defendant, **EVERETT JEROME TRIPODIS**, a.k.a. Mark Bourley, a.k.a. Melvin Dudley, did conceal, store and possess a stolen motor vehicle, that is, a 2002 Mercedes-Benz G500, Vehicle Identification Number, (VIN), WDCYR49E42X131421, knowing the motor vehicle to have been stolen, said vehicle having crossed a state boundary after being stolen, in that the vehicle was stolen in the State

1

of Mississippi and was brought into the State of Georgia, in violation of Title 18, United States Code, Section 2313.

## COUNT TWO

Beginning at a date unknown to the grand jury, but not later than the period from on or about December 19, 2003, through on or about December 23, 2003, within the Northern District of Georgia, the defendant, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, did knowingly and unlawfully tamper with and alter the Vehicle Identification Number, (VIN), of a motor vehicle, that is, a 2002 Cadillac Escalade having a true VIN 1GYEK63N52R125501, having tampered and altered its VIN to read as 1GYEK63N23R172096, in violation of Title 18, United States Code, Section 511.

## COUNT THREE

From a date unknown to the Grand Jury, but at least from December 12, 2003, through December 23, 2003, within the Northern District of Georgia, the defendant, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, did conceal, store and possess a stolen motor vehicle, that is, a 2002 Porsche 968 Carrera 4S, Vehicle Identification Number, (VIN), WP0AA299X2S621624, knowing the motor vehicle to have been stolen, said vehicle having crossed a state boundary after being stolen, in that the vehicle was stolen in the State of South Carolina and was brought into the State of Georgia, in violation of Title 18, United States Code, Section 2313.

## COUNTS FOUR THROUGH ELEVEN

1.  Beginning in October 2003, but not later than December 23, 2003, in the Northern District of Georgia and elsewhere, defendants EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other and by

others known and unknown to the grand jury, knowingly and willfully devised and intended to devise a scheme and artifice to defraud.

### OBJECT

2. The object of the scheme and artifice to defraud was to submit false and fraudulent title applications to the State of Ohio and to cause the State of Ohio to issue and mail duplicate titles for existing vehicles.

3. It was further the object of the scheme and artifice to defraud, to use the fraudulently obtained duplicate titles as documentation of ownership for stolen motor vehicles.

4. It was further the object of the scheme and artifice to defraud, to present the duplicate State of Ohio titles to the Georgia Department of Motor Vehicles in order to obtain Georgia titles to facilitate the concealment, registration, transfer and sale of stolen motor vehicles.

## MEANS AND METHODS

It was a part of the scheme and artifice to defraud that:

5. Defendants, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other and by others known and unknown to the grand jury, used the internet to visit websites, namely the "Auto Trader" for the purpose of obtaining the descriptions of vehicles along with their Vehicle Identification Numbers (VINs).

6. Defendants, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other and by others known and unknown to the grand jury, used the internet website of the Ohio Bureau of Motor Vehicles to obtain the title numbers, description of vehicles, dealership names and addresses where vehicles were located.

7. Defendants, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each

other and by others known and unknown to the grand jury used the aforementioned vehicle information to complete title applications and fraudulent powers of attorney, and mailed said applications and documents to the Ohio Bureau of Motor Vehicles County Tag and Title Offices.

8.  Defendants, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other and by others known and unknown to the grand jury, maintained mailboxes at The UPS Store located at 2897 N. Druid Hills Rd., Box 235, Decatur, Georgia, and The UPS Store located at 2625 Piedmont Road, NE, Boxes 56-498 and 56-499, Atlanta, Georgia for the purpose of receiving the Ohio duplicate titles.

9.  Defendants, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other and by others known and unknown to the grand jury, directed the Ohio Bureau of Motor Vehicles to mail Ohio duplicate titles

to The UPS Store located at 2897 N. Druid Hills Rd., Box 235, Decatur, Georgia, and The UPS Store located at 2625 Piedmont Road, NE, Boxes 56-498 and 56-499, Atlanta, Georgia.

10. Defendants, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other and by others known and unknown to the grand jury, caused the Ohio Bureau of Motor Vehicles to mail Ohio duplicate titles to The UPS Store located at 2897 N. Druid Hills Rd., Box 235, Decatur, Georgia and The UPS Store located at 2625 Piedmont Road, NE, Boxes 56-498 and 56-499, Atlanta, Georgia.

11. Defendant, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other and by others known and unknown to the grand jury, prepared fraudulent Vehicle Identification Numbers, (VINs), which matched the VINs on the Ohio titles, and used the fraudulent VINs to tamper with and alter the true VINs of stolen motor vehicles, thus attempting to conceal the fact that said motor vehicles were

stolen.

12.  Defendant, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other and by others known and unknown to the grand jury, took the fraudulently obtained duplicate Ohio titles to the Georgia Department of Motor Vehicles for the purpose of applying for Georgia titles.

## USE OF THE MAILS IN FURTHERANCE OF THE SCHEME

13.  From about October 25, 2003, through December 23, 2003, in the Northern District of Georgia and elsewhere, defendants, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other and by others known and unknown to the grand jury, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, did knowingly cause to be delivered by mail,

according to the directions thereon, the following duplicate Ohio titles:

| Count | Ohio Title Number | Duplicate Title for Vehicle | Actual Title Owner |
|---|---|---|---|
| 4 | # 8200087220 | 2003 Hummer H2<br>VIN 5GRGN23U93H122807 | Van Devere, Inc.<br>Akron, Ohio |
| 5 | # 8100161183 | 2003 Mercedes Benz M500<br>VIN 4JGAB75E03A393150 | Fifth Third Auto Leasing Trust<br>Dayton, Ohio |
| 6 | # 7900589975 | 2002 Mercedes Benz G500<br>VIN WDCYR49E42X128602 | Marshal Goldman Motor Sales<br>Warrensville Heights, Ohio |
| 7 | # 8000224110 | 2003 Hummer H2<br>VIN 5GRGN23U23H124933 | Van Devere, Inc.<br>Akron, Ohio |
| 8 | # 7702871698 | 2003 Hummer H2<br>VIN 5GRGN23U13H108612 | Spitzer Buick, Inc.<br>Parma, Ohio |
| 9 | # 2900671173 | 2000 Lincoln Navigator<br>VIN 5LMFU28A3YLJ35287 | Performance Pontiac-Olds-GMC, Inc.<br>Wooster, Ohio |
| 10 | #7602106984 | 2003 Cadillac Escalade<br>VIN 1GYEK63N23R172096 | Marshal Goldman Motor Sales<br>Warrensville Heights, Ohio |
| 11 | # 7602090903 | 2004 Porsche Cayenne<br>VIN WP1AC29P94LA91828 | Fifth Third Leasing Trust<br>Cincinnati, Ohio |

All in violation of Title 18, United States Code, Section 1341 and Section 2.

## COUNTS TWELVE THROUGH FOURTEEN

1.  Paragraphs 1 through 9 from Counts four through eleven are realleged and incorporated herein.

2.  From about October 25, 2003, through December 23, 2003, in the Northern District of Georgia and elsewhere, defendants, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other and by others known and unknown to the grand jury, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, did cause to be placed in the mail applications for duplicate titles and did direct the Ohio Bureau of Motor Vehicles to mail duplicate titles to the Northern District of Georgia for the following vehicles:

| Count | Vehicle | Actual Title Owner |
| --- | --- | --- |
| 12 | 2003 Chevrolet Tahoe<br>VIN 1GNEK13Zx2J149956 | Lariche Used Car Center<br>Findley, Ohio |
| 13 | 2003 Chevrolet Tahoe<br>VIN 1GNEK13Z93J175725 | Jake Sweeney Chevrolet Imports, Inc.<br>Cincinnati, Ohio |
| 14 | 2003 GMC Yukon Denali<br>VIN 1GKEK63UX3J162030 | Jake Sweeney Chevrolet Imports,<br>Cincinnati, Ohio |

All in violation of Title 18, United States Code, Section 1341 and Section 2.

## COUNT FIFTEEN

In or about March 2004, but not later than March 3, 2004, within the Northern District of Georgia, defendants, ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, and SHEREE NICOLE STRICKLAND, a.k.a. Nicole Thompson, aided and abetted by each other, knowingly received, possessed and disposed of a falsely made security, that is, a fraudulently obtained Mississippi duplicate title for a 2003 Hummer H2, which moved as, was a part of and constituted interstate commerce, knowing the same to have been falsely made, in violation of Title 18, United States Code, Section 2314 and Section 2.

## COUNT SIXTEEN

In or about March 2004, but not later than March 17, 2004, within the Northern District of Georgia, defendants, ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, and SHEREE NICOLE STRICKLAND, a.k.a. Nicole Thompson, aided and abetted by each other, knowingly received, possessed and disposed of a falsely made security, to wit, a fraudulently obtained Tennessee duplicate title for a 2003 Cadillac Escalade, Vehicle Identification Number, (VIN), 1GYEK63N23R118040, which moved as, was a part of and constituted interstate commerce, knowing the same to have been falsely made, in violation of Title 18, United

States Code, Section 2314 and Section 2.

## COUNT SEVENTEEN

From at least March 12, 2004, through at least March 19, 2004, in the Northern District of Georgia and elsewhere, defendants, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, and others known and unknown to the grand jury, did combine, conspire, confederate, agree and have a tacit understanding among themselves and with each other to commit certain offenses against the United States as follows:

(a) knowingly and willfully transport in interstate commerce a stolen motor vehicle, knowing the same to be stolen, in violation of Title 18, United States Code, Section 2312.

(b) knowingly and unlawfully tamper with a Vehicle Identification Number, (VIN), for a motor vehicle, having tampered and altered its true VIN in violation of Title 18, United States Code, Section 511.

## OBJECT

1. The object of the conspiracy was to obtain a duplicate State of Tennessee title for an existing vehicle, to wit, a 2003 Cadillac Escalade, by means of false and fraudulent applications and powers of attorney, and then to use this duplicate title as documentation of ownership for a stolen motor vehicle.

2. It was further the object of the conspiracy to present the duplicate State of Tennessee title for a 2003 Cadillac Escalade to the Georgia Department of Motor Vehicles in order to obtain a Georgia title to facilitate the concealment, registration, transfer and sale of a stolen 2002 Cadillac Escalade.

3. It was further the object of the conspiracy to transport the stolen 2002 Cadillac Escalade from the State of Georgia to the State of Tennessee in order to sell it.

## MANNER AND MEANS OF THE CONSPIRACY

1. Beginning at a time unknown, but not later than March 12, 2004, and continuing until at least March 19, 2004, T.M. was the actual owner of a 2003 Cadillac Escalade having a true Vehicle Identification Number, (VIN), 1GYEK63N12R1912219, and at all times relevant to the conspiracy, T.M. never conveyed, transferred or sold said vehicle to anyone including the

defendants EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato.

2. At all times relevant to the conspiracy, T. M., the actual owner of a 2003 Cadillac Escalade, Vehicle Identification Number, (VIN), 1GYEK63N23R118040, never applied for a duplicate Tennessee title for the said vehicle.

3. At all times relevant to this conspiracy, Classic Cadillac, located in the Northern District of Georgia, was the true owner of a 2002 Cadillac Escalade, Vehicle Identification Number, (VIN), 1GYEK63N12R1912219.

4. It was part of the scheme to defraud that defendant ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, used the alias "Danielle Cato" and signed documents in that name.

5. On or about March 12, 2004, defendant, ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, obtained duplicate Tennessee titles using Vehicle Identification Numbers, (VINs), of vehicles which did not belong to them. This practice is referred to as cloning the VIN.

6. Upon receipt of the duplicate clone titles, defendants, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other, caused the duplicate clone titles to be submitted to the Georgia Department of Motor Vehicles in order to exchange them for Georgia titles which contained the cloned Vehicle Identification Number, (VIN).

7. Defendants, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, then obtained a stolen motor vehicle which consisted of the same make and model described on one of the duplicate clone titles.

8. After obtaining a stolen motor vehicle, defendants, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other, caused the Vehicle Identification Number, (VIN), of the stolen motor vehicle to be tampered and altered such that it was replaced with a VIN which matched the cloned VIN contained on the duplicate Tennessee title.

9. Defendants, EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each

other, attempted to dispose of the stolen motor vehicle.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the Northern District of Georgia and elsewhere:

1. On or about March 12, 2004, defendant, ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, obtained a duplicate Tennessee title for a 2003 Cadillac Escalade, Vehicle Identification Number, (VIN), 1GYEK63N23R118040, titled in the name of T.M.

2. On or about March 12, 2004, defendant ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, executed the reverse side of the duplicate Tennessee title mentioned in overt act one, labeled "Assignment of Title by Registered Owner," to indicate that T. M. had sold the vehicle in question to "Danielle Cato".

3. On or about March 17, 2004, defendant ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, executed a "Limited Power of Attorney/Motor Vehicle Transactions" form which authorized a person known to the grand jury to act on behalf of "Danielle Cato" with respect to the following vehicle: a 2003

Cadillac Escalade, Vehicle Identification Number, (VIN) 1GYEK63N23R118040.

4. On or about March 18, 2004, defendant ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, induced and caused a person known to the grand jury to take the above-described duplicate Tennessee tile and present it to the Georgia Department of Motor Vehicles.

5. On or about March 18, 2004, defendant ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by a person known to the grand jury, caused the Georgia Department of Motor Vehicles to issue a replacement title for a 2003 Cadillac Escalade, Vehicle Identification Number, (VIN) 1GYEK63N23R118040.

6. Beginning on a date unknown but not later than March 19, 2004, defendants EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other, obtained a stolen motor vehicle, that is, a 2002 Cadillac Escalade with true Vehicle Identification Number, (VIN), 1GYEK63N12R1912219.

7. Beginning on a date unknown but not later than March 19, 2004, defendants EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other, caused and procured a false Vehicle Identification Number, (VIN), 1GYEK63N23R118040, which matched that on the duplicate Tennessee title for a 2003 Cadillac Escalade, referred to above in overt acts one and two, to be placed over the true VIN, 1GYEK63N12R1912219, of the stolen 2002 Cadillac Escalade.

8. Beginning on a date unknown, but not later than March 19, 2004, defendants EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other, caused a stolen motor vehicle, to wit, a 2002 Cadillac Escalade, Vehicle Identification Number, (VIN), 1GYEK63N12R1912219, to be transported from the Northern District of Georgia to the State of Tennessee.

9. On or about March 19, 2004, defendants EVERETT JEROME TRIPODIS, a.k.a. Edward Bourley, a.k.a. Melvin Dudley, and ANGELA RONAE STANTON, a.k.a. Regina Bunch, a.k.a. Danielle Cato, aided and abetted by each other, attempted to sell the 2002 Cadillac

Escalade, Vehicle Identification Number, (VIN), 1GYEK63N12R1912219, to Hunt Nissan in Chattanooga, Tennessee.

All in violation of Title 18, United States Code Section 371.

A _____TRUE_____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

JOSEPH A. PLUMMER
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 003006

600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30335
Telephone: 404-581-6055