PROB 12
(Rev. 3/88)

**SEALED**

UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Everett Tripodis           Docket No. 1:05-CR-381-01-ODE

### PETITION FOR WARRANT AND ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW James J. Lee PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Everett Tripodis** who was placed on supervision for the offenses of Tampering with a Vehicle Identification Number, 18 U.S.C. §511, Mail Fraud, 18 U.S.C. §1341, and Conspiracy to Transport in Interstate Commerce A Stolen Motor Vehicle and Tampering with a Vehicle Identification Number 18 U.S.C. §§511 and 2312, by the Honorable Orinda D. Evans, sitting in the court at Atlanta, on the 24th day of May, 2007, who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall submit to drug testing if requested to do so by the probation officer.
2. The defendant shall submit to mandatory DNA testing for Federal Offenders convicted of felony offenses.
3. The defendant shall not own, or possess, nor have under his control a firearm, dangerous weapon or other destructive device as defined in 18 U.S.C. §921.
4. The defendant shall submit to a mental health evaluation, and if deemed necessary, participate in a program of mental health treatment as directed by the Probation Office.
5. The defendant shall submit to a search of his person, property, residence and/or vehicle at the request of the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. <u>**Georgia State Law Violation**</u>: On or about July 31, 2010, the offender committed the violation of 16-8-2, Theft By Taking Motor Vehicle, to wit, a 2008 Cadillac Escalade valued at $40,000 from Carrollton Motors of Carrollton, Georgia.

2. <u>**Georgia State Law Violation**</u>: On or about August 4, 2010, the offender committed the violation of 16-8-2, Theft By Taking Motor Vehicle, to wit, a 2010 Ford F-250 King Ranch valued at $62,000 from Pugmire Ford, Carrollton, Georgia.

**PRAYING THAT THE COURT WILL ORDER** a warrant issued for said Everett Tripodis and that Everett Tripodis be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

**PRAYING THAT THE COURT WILL ORDER** the petition unsealed at the time of execution of the warrant.

### ORDER OF COURT

Considered and ordered this __21__ day of __April__, __2011__ and ordered filed and made a part of the records in the above case.

_Thomas W. Thrash for_
**Honorable Orinda D. Evans**
Senior U. S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

_____
**James J. Lee**
Sr. U. S. Probation Officer

Place: Atlanta, Georgia
Date: April 19, 2011

_____  4/19/11
**Alvenia P. Singleton**
Supervising U. S. Probation Officer